UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Hubbard, et al. v. Crow, et al.

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

DR. BENJAMIN TODD ELLER
364 West Wilson Avenue, Suite 5
Glendale, California 91203

RICHARD HUBBARD, DR.

MELISSA MILLER
1785 East Whitestone Boulevard #500
Cedar Park, Texas 78613

DR. JOSEPH BOLIN
720 East Park Boulevard #106,
Plano, Texas 75074

DR. SCOTT WOODS
5936 West Parker Road, Suite 1100
Plano, Texas 75093

DR. MRUGESHKUMAR SHAH
10400 North Central Expressway
Dallas, Texas 75231

MICHAEL CAIN
3883 Turtle Creek Blvd.
Dallas, Texas 75219

COE JURACEK

PHILIP ECOB

H.J. COLE
14579 Berklee Drive
Addison, Texas 75001

TEXAS RANGER CODY MITCHELL

KURT KNEWITZ
6009 West Parker Road, #149-189
Plano, Texas 75093

PAUL PENDERGRASS
6952 Navigation Drive
Grand Prairie, Texas 75054

RALPH ROGERS
28827 Fine Road
Marble Falls, Texas 78654

ROBERT PRUITT
2208 Fawnwood Drive
Plano, Texas 75093

SCOTT BRUNSON
8801 Alderman Drive
Austin, Texas 78745

CASE GROVER
2721 Wind Ridge
McKinney, Texas 75072

RICHARD BUTLER
4123 Cedar Springs Road, Unit 5204
Dallas, Texas 75219

MARK MOLINA

MICHAEL HYNES, JR.
7906 Beef Creek Drive
Arlington, Texas 76001

SHAWN MAYER
1616 Diamond Lake Trail
Justin, Texas 76247

JADE MAYER

RCI HOSPITALITY HOLDINGS, INC.
10737 Cutten Road
Houston, Texas, 77066

INTEGRITY BASED MARKETING, LLC
14613 Kelmscot Drive
Frisco, Texas 75035

STORM FITNESS NUTRITION, LLC
2245 Keller Way, Suite 250
Carrollton, Texas 75006

ULTRA COMBAT NUTRITION, LLC
17100 Dallas Parkway, Suite 211
 Dallas, Texas 75248

ECOLOFT HOMES LLC
3610-2 North Josey Lane #223
Carrollton, Texas 75007-0000

ELEVATED WELLNESS PARTNERS LLC
11615 Forest Central Drive, Suite 216, LB 16
Dallas, Texas 75243