AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS<br><br>*Plaintiff(s)*<br>v.<br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, (See attachment #1)<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-cv-7957-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>TRAMMELL S. CROW, JR.
>3526 Arrowhead Drive
>Dallas, Texas 75204
>(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>John G. Balestriere
>Matthew W. Schmidt
>BALESTRIERE FARIELLO
>225 Broadway, 29th Floor
>New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/03/2022

*Signature of Clerk or Deputy Clerk*

1  John G. Balestriere*
2  Matthew W. Schmidt (Cal. Bar No. 302776)
   **BALESTRIERE FARIELLO**
3  225 Broadway, 29th Floor
4  New York, New York 10007
5  Telephone: (415) 966-2656
   Facsimile:  (212) 208-2613
6  john.balestriere@balestrierefariello.com
7  matthew.schmidt@balestrierefariello.com
   *Attorneys for Plaintiffs*
8  *Pro hac vice application forthcoming*
9
10 Anastasia Mazzella (Cal. Bar. No. 245201)
   **KABATECK LLP**
11 633 West Fifth Street, Suite 3200
12 Los Angeles, California 90071
   Telephone: (213) 217-5007
13 Facsimile:  (213) 217-5010
14 am@kbklawyers.com
   *Attorneys for Plaintiffs*
15

16

17  UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR.,<br>DR. BENJAMIN TODD ELLER,<br>RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN,<br>DR. SCOTT WOODS,<br>DR. MRUGESHKUMAR SHAH,<br>MICHAEL CAIN, COE JURACEK,<br>PHILIP ECOB, H.J. COLE, TEXAS | Case No.:<br><br>COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT<br><br>DEMAND FOR JURY TRIAL<br><br>10/31/2022 |

| | |
|---|---|
| RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20,  and DOE COMPANIES 21–30<br><br>                                          Defendants. | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Hubbard, et al. v. Crow, et al.

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

DR. BENJAMIN TODD ELLER
364 West Wilson Avenue, Suite 5
Glendale, California 91203

RICHARD HUBBARD, DR.

MELISSA MILLER
1785 East Whitestone Boulevard #500
Cedar Park, Texas 78613

DR. JOSEPH BOLIN
720 East Park Boulevard #106,
Plano, Texas 75074

DR. SCOTT WOODS
5936 West Parker Road, Suite 1100
Plano, Texas 75093

DR. MRUGESHKUMAR SHAH
10400 North Central Expressway
Dallas, Texas 75231

MICHAEL CAIN
3883 Turtle Creek Blvd.
Dallas, Texas 75219

COE JURACEK

PHILIP ECOB

H.J. COLE
14579 Berklee Drive
Addison, Texas 75001

TEXAS RANGER CODY MITCHELL

KURT KNEWITZ
6009 West Parker Road, #149-189
Plano, Texas 75093

PAUL PENDERGRASS
6952 Navigation Drive
Grand Prairie, Texas 75054

RALPH ROGERS
28827 Fine Road
Marble Falls, Texas 78654

ROBERT PRUITT
2208 Fawnwood Drive
Plano, Texas 75093

SCOTT BRUNSON
8801 Alderman Drive
Austin, Texas 78745

CASE GROVER
2721 Wind Ridge
McKinney, Texas 75072

RICHARD BUTLER
4123 Cedar Springs Road, Unit 5204
Dallas, Texas 75219

MARK MOLINA

MICHAEL HYNES, JR.
7906 Beef Creek Drive
Arlington, Texas 76001

SHAWN MAYER
1616 Diamond Lake Trail
Justin, Texas 76247

JADE MAYER

RCI HOSPITALITY HOLDINGS, INC.
10737 Cutten Road
Houston, Texas, 77066

INTEGRITY BASED MARKETING, LLC
14613 Kelmscot Drive
Frisco, Texas 75035

STORM FITNESS NUTRITION, LLC
2245 Keller Way, Suite 250
Carrollton, Texas 75006

ULTRA COMBAT NUTRITION, LLC
17100 Dallas Parkway, Suite 211
 Dallas, Texas 75248

ECOLOFT HOMES LLC
3610-2 North Josey Lane #223
Carrollton, Texas 75007-0000

ELEVATED WELLNESS PARTNERS LLC
11615 Forest Central Drive, Suite 216, LB 16
Dallas, Texas 75243