NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JULIA HUBBARD, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-07957-SK |
| v. | |
| TRAMMELL S CROW, JR., et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Julia Hubbard | Plaintiff |
| Kayla Goedinghaus | Plaintiff |

11/03/2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES