John G. Balestriere
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>2:22-cv-07957<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Balestriere, John G.    of    BALESTRIERE FARIELLO
*Applicant's Name (Last Name, First Name & Middle Initial)*    225 Broadway, 29th Floor
                                                                New York, New York 10007

212-374-5401    212-208-2613
*Telephone Number*    *Fax Number*
john.balestriere@balestrierefariello.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiffs Julia Hubbard and Kayla Goedinghaus

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Mazzella, Anastasia    of    KABATECK LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    633 West Fifth Street, Suite 3200
                                                                Los Angeles, California 90071

245201    (213) 217-5007    (213) 217-5010
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
am@kbklawyers.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____    _____
                                  U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1