Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus<br><br>v.                                 Plaintiff(s)<br><br>Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-7957<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stone, Kenneth C.                       of    Gray Reed & McGraw LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1601 Elm Street, Suite 4600
469-320-6106            469-320-6878              Dallas, Texas 75201

*Telephone Number*      *Fax Number*
kstone@grayreed.com
            *E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:
**and designating as Local Counsel**

Hawxhurst, Gerald E.                    of   Hawxhurst LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11111 Santa Monica Blvd., Suite 620
220327         310-893-5150      310-893-5195    Los Angeles, CA 90025
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jerry@hawxhurstllp.com
         *E-Mail Address*                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____                              _____
                                        **U.S. District Judge/U.S. Magistrate Judge**