Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus<br><br>v.                                            Plaintiff(s)<br><br>Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-7957<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

England, London                                                                of
*Applicant's Name (Last Name, First Name & Middle Initial)*

469-320-6188                    469-320-6855
*Telephone Number*        *Fax Number*

lengland@grayreed.com
*E-Mail Address*

Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Hawxhurst, Gerald E.                                                          of
*Designee's Name (Last Name, First Name & Middle Initial)*

220327              310-893-5150              310-893-5195
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jerry@hawxhurstllp.com
*E-Mail Address*

Hawxhurst LLP
11111 Santa Monica Blvd., Ste. 620
Los Angeles, CA 90025

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**