John G. Balestriere
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br> Plaintiff(s) <br><br> v. <br><br> TRAMMELL S. CROW, JR., et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-07957 <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Balestriere, John G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-374-5401     212-208-2613
*Telephone Number*     *Fax Number*

john.balestriere@balestrierefariello.com
*E-Mail Address*

BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiffs Julia Hubbard and Kayla Goedinghaus

*Name(s) of Party(ies) Represented*     [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

**and designating as Local Counsel**

Mazzella, Anastasia
*Designee's Name (Last Name, First Name & Middle Initial)*

245201     (213) 217-5007     (213) 217-5010
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

am@kbklawyers.com
*E-Mail Address*

KABATECK LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, ~~if paid~~: [ ] be ~~refunded~~ [ ] not be refunded.

Dated November 14, 2022                    /s/ Steve Kim
                                           STEVE KIM
                                           U.S. ~~District Judge~~/U.S. Magistrate Judge