Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Julia Hubbard and Kayla Goedinghaus

Plaintiff(s),

v.

Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al

Defendant(s).

CASE NUMBER: 2:22-cv-7957

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stone, Kenneth C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

469-320-6106
*Telephone Number*

469-320-6878
*Fax Number*

kstone@grayreed.com
*E-Mail Address*

of

Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Hawxhurst, Gerald E.
*Designee's Name (Last Name, First Name & Middle Initial)*

220327
*Designee's Cal. Bar No.*

310-893-5150
*Telephone Number*

310-893-5195
*Fax Number*

jerry@hawxhurstllp.com
*E-Mail Address*

of

Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, ~~if paid~~: ☐ ~~be refunded~~ ☐ ~~not be refunded~~.

Dated: November 14, 2022

_____ STEVE KIM
U.S. ~~District Judge~~/U.S. Magistrate Judge

G-64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  Page 1 of 1