Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
    Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus | CASE NUMBER |
| Plaintiff(s) | 2:22-cv-7957 |
| v. | |
| Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

England, London

*Applicant's Name (Last Name, First Name & Middle Initial)*

469-320-6188         469-320-6855

*Telephone Number*      *Fax Number*

lengland@grayreed.com

*E-Mail Address*

of

Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Hawxhurst, Gerald E.

*Designee's Name (Last Name, First Name & Middle Initial)*

220327         310-893-5150         310-893-5195

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jerry@hawxhurstllp.com

*E-Mail Address*

of

Hawxhurst LLP
11111 Santa Monica Blvd., Ste. 620
Los Angeles, CA 90025

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

**Dated**    November 14, 2022

U.S. ~~District Judge~~/U.S. Magistrate Judge