Gerald E. Hawxhurst (Bar No. 220327)
jerry@hawxhurstllp.com
Patrick B. Nichols (Bar No. 294389)
pat@hawxhurstllp.com
Kyle Foltyn-Smith (Bar No. 307835)
kyle@hawxhurstllp.com
HAWXHURST LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone:   (310) 893-5150
Facsimile:   (310) 893-5195

Ken C. Stone (*pro hac vice*)
kstone@grayreed.com
London England (*pro hac vice*)
lengland@grayreed.com
GRAY REED & McGRAW LLP
1601 Elm St., Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332

Attorneys for Defendant Trammell S. Crow, Jr.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>   Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**JOINT STIPULATION AND APPLICATION FOR LEAVE TO EXTEND PAGE LIMITS ON MEMORANDA OF POINTS AND AUTHORITIES AND MODIFY BRIEFING SCHEDULE**<br><br>[[Proposed] Order submitted concurrently herewith] |

STIPULATION AND APPLICATION FOR LEAVE TO EXTEND
PAGE LIMITS AND MODIFY BRIEFING SCHEDULE

This Joint Stipulation and Application for Leave to Extend Page Limits on Memoranda of Points and Authorities and Modify Briefing Schedule is made by and between Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") and Defendant Trammell S. Crow, Jr. ("Mr. Crow") and seeks leave for them to file memoranda of points and authorities that are up to twenty-eight pages long, a reply that is up to seventeen pages long, and to modify briefing schedule in connection with Mr. Crow's forthcoming motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).  A proposed order is submitted concurrently herewith.

## RECITALS

WHEREAS, on November 1, 2022, Plaintiffs initiated this case by filing a sixty-four page complaint against Mr. Crow and twenty-eight other defendants purporting to allege four causes of actions for (1) violation of the Trafficking and Violence Protection Act of 2000 under 18 U.S.C. § 1591(a), (2) violation of labor trafficking laws under 18 U.S.C. § 1589, (3) violation of the Racketeer Influenced and Corrupt Organizations Act under 18 U.S.C. § 1962(c), and (4) violation of the Racketeer Influenced and Corrupt Organizations Act under 18 U.S.C. § 1962(d).

WHEREAS Mr. Crow anticipates filing a motion to dismiss each of the four causes of action pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss") on January 9, 2023.

WHEREAS the Local Rules for the United States District Court for the Central District of California limit memorandums of points and authorities to 7,000 words.  (See Local Rule 11-6.1 amended, effective Dec. 1, 2022).

WHEREAS this Court's Initial Standing Order provides that "[i]t governs this action and differs in some respect from the Local Rules."  (Initial Standing Order (Dkt. No. 24) at 2.)

WHEREAS this Court's Initial Standing Order provides that "[m]emoranda of points and authorities shall not exceed twenty-five pages," "[r]eplies shall not

1 exceed fifteen pages," and that the Court will grant an application to extend these
2 page limitations where "good cause" is shown. (Id. at 5.)
3   WHEREAS, considering the length of the complaint, the nature of its
4 allegations and complexity of the legal issues regarding Plaintiffs' four causes of
5 action, the Plaintiffs and Mr. Crow agree that good cause exists to expand the page
6 limits in the Initial Standing order by three-pages for memoranda of points and
7 authorities and by two-pages for replies to permit them to fully present the matters at
8 issue to the Court in their respective papers.
9   WHEREAS the parties agree that they are available to attend a hearing on the
10 Motion to Dismiss on March 24, 2023. (See id. at 4-5.)
11   WHEREAS under the Local Rules, a notice of motion shall be filed at least
12 twenty-eight days before the date set for hearing, opposing papers are due not later
13 than twenty-one days before the hearing, and replies are due not later than fourteen
14 days before the hearing. (Local Rules 6-1, 7-9, 7-10.)
15   WHEREAS, to facilitate the briefing regarding the Motion to Dismiss, the
16 parties agree to a modified briefing schedule where Mr. Crow will file the Motion to
17 Dismiss on January 9, 2023; Plaintiffs will file their response by February 15, 2023;
18 Mr. Crow will file his reply by March 10, 2023; and the hearing will be on March
19 24, 2023, at 1:30 p.m.

## STIPULATION

21   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
22 and between Plaintiffs and Mr. Crow, subject to the Court's approval, as follows:
23   1.   Mr. Crow shall have three additional pages for his memorandum of
24 points and authorities in support of his forthcoming Motion to Dismiss, thereby
25 increasing the page limit to a total of twenty-eight pages.
26   2.   Plaintiffs shall have three additional pages for their memorandum of
27 points and authorities in response to Mr. Crow's forthcoming Motion to Dismiss,
28 thereby increasing the page limit to a total of twenty-eight pages.

3. Mr. Crow shall have two additional pages for his reply in support of his forthcoming Motion to Dismiss, thereby increasing the page limit to a total of seventeen pages.

4. The briefing schedule for the Motion to Dismiss will be as follows:

 a. Motion to Dismiss – January 9, 2023
 b. Response to Motion to Dismiss – February 15, 2023
 c. Reply in Support of Motion to Dismiss – March 10, 2023
 d. Hearing on Motion to Dismiss – March 24, 2023, at 1:30 p.m.

Dated: January 5, 2023          GRAY REED & McGRAW LLP
                                HAWXHURST LLP

                                By:  /s/ Gerald E. Hawxhurst
                                    Gerald E. Hawxhurst
                                    Kenneth Stone

                                    *Attorneys for Defendant
                                    Trammell S. Crow, Jr.*

Dated: January 5, 2023          BALESTRIERE FARIELLO
                                KABATECK LLP

                                By:  /s/ Matthew W. Schmidt
                                    John G. Balestriere
                                    Matthew W. Schmidt
                                    Anastasia Mazzella

                                    *Attorneys for Plaintiffs Julia Hubbard
                                    and Kayla Goedinghaus*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule of Civil Procedure 5-4.3.4(a)(2)(i), the filer of this document attests that all the other signatories listed, and on whose behalf the filing

is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2023

By: _____
Gerald E. Hawxhurst