1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

JULIA HUBBARD, et al.,

Case No. 2:22-cv-7957-FLA-MAA

12

Plaintiffs,

13

v.

14
15

TRAMMELL S. CROW, JR., et al.,

16

Defendants.

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND APPLICATION FOR LEAVE TO EXTEND PAGE LIMITS ON MEMORANDA OF POINTS AND AUTHORITIES AND MODIFY BRIEFING SCHEDULE [DKT. # 25]**

17
18
19
20
21
22
23
24
25
26
27

On January 5, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") and Defendant Trammell S. Crow, Jr. ("Mr. Crow") filed a Joint Stipulation and Application for Leave to Extend Page Limits on Memoranda of Points and Authorities and Modify Briefing Schedule ("Application") regarding Mr. Crow's forthcoming motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss").

28

The Court, having considered the parties' Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Mr. Crow shall have three additional pages for his memorandum of points and authorities in support of his forthcoming Motion to Dismiss, thereby increasing the page limit to a total of twenty-eight pages.

2. Plaintiffs shall have three additional pages for their memorandum of points and authorities in response to Mr. Crow's forthcoming Motion to Dismiss, thereby increasing the page limit to a total of twenty-eight pages.

3. Mr. Crow shall have two additional pages for his reply in support of his forthcoming Motion to Dismiss, thereby increasing the page limit to a total of seventeen pages.

4. The briefing schedule for the Motion to Dismiss will be as follows:

   a. Motion to Dismiss – January 9, 2023

   b. Response to Motion to Dismiss – February 15, 2023

   c. Reply in Support of Motion to Dismiss – March 10, 2023

   d. Hearing on Motion to Dismiss – March 24, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 5, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge