1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-07957-FLA (MAAx)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION AND APPLICATION FOR LEAVE TO EXTEND PAGE LIMITS ON MEMORANDA OF POINTS AND AUTHORITIES AND MODIFY BRIEFING SCHEDULE [DKT. 25]** |

On January 5, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") and Defendant Trammell S. Crow, Jr. ("Crow") filed a Joint Stipulation and Application for Leave to Extend Page Limits on Memoranda of Points and Authorities and Modify Briefing Schedule ("Stipulation") regarding Defendant Crow's forthcoming motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss").  Dkt. 25.

Having considered the parties' Stipulation, the court finds the parties do not establish good cause for an extension to the standard word and page limits for briefs and DENIES the parties' request for an extension.  The court expects the parties to comply with the greater of the 7,000-word limit established under Local Rule 11-6.1 or the 25-page limit established by the Initial Standing Order (Dkt. 24) for moving and opposition briefs, as well as the 15-page limit for Defendant Crow's reply brief.

The court GRANTS in part the Stipulation and SETS the following briefing schedule on Defendant Crow's Motion to Dismiss:

1. Defendant Crow's deadline to file the Motion to Dismiss – January 9, 2023;
2. Plaintiffs' deadline to file a response to the Motion to Dismiss – January 27, 2023;
3. Defendant Crow's deadline to file a reply in Support of the Motion to Dismiss – February 10, 2023; and
4. Hearing on the Motion to Dismiss – February 24, 2023 at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 10, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2