John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JULIA HUBBARD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**EX PARTE APPLICATION FOR LEAVE TO EXTEND DEADLINE TO RESPOND TO DEFENDANT CROW'S MOTION TO DISMISS**<br><br>[[Proposed] Order submitted concurrently herewith] |
|---|---|

This Ex Parte Application for Leave to Extend Deadline to respond to Defendant Crow's Motion To Dismiss (Dkt. No. 26) filed on January 9, 2023, is made by Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") and seeks leave for them to modify the briefing schedule in connection with Plaintiffs' Reply to the Motion to Dismiss. A proposed order is submitted concurrently herewith.

**RECITALS**

WHEREAS, I Matthew W. Schmidt, am an attorney with the law firm Balestriere Fariello, I represent Plaintiffs and write to provide further clarification relevant to the Court's January 9, 2023, Order (Dkt. No. 28) granting in part and denying in party the Parties' joint application concerning page limits and schedule.

WHEREAS, on January 24, 2023, I am scheduled to begin a jury trial in the United States District Court for the Southern District of New York as lead trial counsel before the Hon. Jennifer L. Rochon, currently expected to last at least one week.

WHEREAS, as I will be the primary drafter of such opposition and I expect our clients to have significant input in the contents of the opposition, this establishes good cause for an extension of time to respond to Defendant Trammell S. Crow, Jr.'s Motion to Dismiss, currently due January 27, 2023.

WHEREAS, I have informed Defendants attorneys of this conflict in briefing schedule and suggested a new deadline of February 15, 2023, to respond to Mr. Crow's Motion to Dismiss and the Defendants attorneys have agreed to not oppose this reasonable extension of time.

WHEREAS, the parties agree that they are available to attend a hearing on the Motion to Dismiss on March 24, 2023.

WHEREAS, to facilitate the briefing regarding the Motion to Dismiss, the Plaintiffs request and the Defendants do not oppose, a modified briefing schedule where Mr. Crow will file the Motion to Dismiss on January 9, 2023; Plaintiffs will file their response by February 15, 2023; Mr. Crow will file his reply by March 10, 2023; the hearing will be on March 24, 2023, at 1:30 p.m. and the initial conference which was previously scheduled for the same day as the Motion to Dismiss hearing, would be rescheduled for a date to be decided by the Court.

WHEREAS, the case involved is not one for summary judgment in lieu of a complaint.

Dated: January 13, 2023

By: _____

John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (415) 966-2656
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

Anastasia Mazzella (Cal. Bar. No. 245201)

2

1  **KABATECK LLP**
2  633 West Fifth Street, Suite 3200
3  Los Angeles, California 90071
4  Telephone: (213) 217-5007
5  Facsimile: (213) 217-5010
6  am@kbklawyers.com
7  *Attorneys for Plaintiffs*