UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>             Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO EXTEND DEADLINE TO RESPOND TO DEFENDANT CROW'S MOTION TO DISMISS** |

    On January 13, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Ex Parte Application for Leave to Extend Deadline to Respond to Defendant Crow's Motion to Dismiss ("Application") regarding Mr. Crow's forthcoming motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss").

    The Court, having considered the parties' Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Plaintiffs shall have a deadline of February 15, 2023, to respond to the Defendants Motion to Dismiss and the date for initial conference shall be rescheduled to a date to be decided by the Court.
2. The briefing schedule for the Motion to Dismiss will be as follows:
    a. Motion to Dismiss – January 9, 2023
    b. Response to Motion to Dismiss – February 15, 2023
    c. Reply in Support of Motion to Dismiss – March 10, 2023
    d. Hearing on Motion to Dismiss – March 24, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 13, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge