# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TRAMMELL S CROW, JR., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–07957–FLA–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __1/17/2023__

Document No.:   __30__

Title of Document:   __Stipulation: Extension of Time to File Document Extension of Time to File Response/Reply__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Stipulation: Extending time to answer (30 days or Less)

Defendant Robert Pruitt's stipulation with 2 different and incorrect reliefs did NOT record any extension of time to File Answer to Complaint less than 30 days. These incorrect events are for other type of documents.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 18, 2023          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**