**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| JULIA HUBBARD, et al. | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:22−cv−07957−FLA−MAA |
| v. | |
| TRAMMELL S CROW, JR., et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 1/17/2023 | 30 | Stipulation: Extension of Time to File Document Extension of Time to File Response/Reply |
| --- | --- | --- |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: January 18, 2023

By: _____
United States District Judge