1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAMMEL S. CROW, JR., et al.,<br><br>    Defendants. | Case No. 2:22-cv-07957-FLA (MAAx)<br><br>**ORDER GRANTING EX PARTE APPLICATION [DKT. 29]** |

On January 13, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Ex Parte Application for Leave to Extend Deadline to Respond to Defendant Trammell S. Crow, Jr.'s ("Crow") Motion to Dismiss ("Application").  Dkt. 29.  Plaintiffs request the court further extend the briefing schedule related to Defendant Crow's Motion to Dismiss on the grounds that Plaintiffs' counsel is scheduled to begin a jury trial on January 24, 2023.

Having reviewed and considered the Application, the court GRANTS Plaintiffs' request and ORDERS as follows:

- Plaintiffs' Opposition to the Motion to Dismiss shall be due on or before February 15, 2023.
- Defendant Crow's Reply in support of the Motion to Dismiss shall be due on or before March 10, 2023.
- The hearing on Defendant Crow's Motion to Dismiss is CONTINUED to March 24, 2023 at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 23, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge