# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:22-CV-07957-SK

Plaintiff:
**JULIA HUBBARD and KAYLA GOEDINGHAUS**

vs.

Defendant:
**TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, ETAL**

LAW2022001766

Received by Civil Process Direct, LLC on the 24th day of December, 2022 at 1:45 pm to be served on **CASE GROVER, 2721 Wind Rdg, McKinney, Texas 75072.**

I, Michael Hernandez, being duly sworn, depose and say that on the **3rd day of January, 2023** at **12:52 pm, I:**

**INDIVIDUALLY/PERSONALLY** executed service by delivering a true copy of the **Summons in a Civil Action; ComplaintCivil Cover Sheet Notice of Right to Consent to Magistrate Judge Statement of Consent** with the date of service endorsed thereon by me, to: **CASE GROVER** at the address of: **2721 Wind Rdg, McKinney, Texas 75072**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 190, Hair: Dark Brown, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements are true and correct."

State of Texas
County of Dallas

Subscribed and sworn to before me on the 7th day of January, 2023 by the affiant who is personally known to me.

Notary Public — Jason Marcus Cohen

**Michael Hernandez**
PSC4593 Exp. 7/31/23

**Civil Process Direct, LLC**
706 Main Street
Ste 100
Dallas, TX 75202
(214) 651-7111

Our Job Serial Number: LAW-2022001766

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n