1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11   JULIA HUBBARD, *et al.,*              Case No. 2:22-cv-07957-FLA-MAA
12              Plaintiffs,               Assigned to Honorable
                                          Fernando L. Aenlle-Rocha
13         vs.
                                          **[PROPOSED] ORDER GRANTING
14   TRAMMELL S. CROW, JR., *et al.,*      DEFENDANT ROBERT PRUITT'S
                                          MOTION TO DISMISS FOR LACK
15              Defendants.               OF PERSONAL JURISDICTION**
16
17
18
19
20
21
22
23
24
25
26
27
28

On February 1, 2023, Defendant Robert Pruitt filed a Motion to Dismiss for Lack of Personal Jurisdiction. The Court, having considered the Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

The above-captioned action as against Defendant Robert Pruitt is dismissed.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Fernando L. Aenlle-Rocha
Judge, United States District Court