**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD, et al. <br><br> PLAINTIFF(S) <br> v. <br> TRAMMELL S CROW, JR., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:22−cv−07957−FLA−MAA <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 2/1/2023 | 49 | Motion for Enlargement of Time to File Certificate of Service on Defendants |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

   Please refer to CM/ECF No. 52.

Dated: 2/2/2023          By: _____
                                United States District Judge