UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** |

　　　　On February 1, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed a Motion for Extension of Time to Serve Defendants Dr. Mrugeshkumar Shah ("Shah"), Michael Cain ("Cain"), Philip Ecob ("Ecob"), H.J. Cole ("Cole"), Kurt Knewitz ("Knewitz"), Paul Pendergrass ("Pendergrass"), Ralph Rogers ("Rogers"), Richard Butler ("Butler"), Mark Molina ("Molina"), Shawn Mayer ("Shawn Mayer"), Jade Mayer ("Jade Mayer"), Integrity Based Marketing, LLC, Storm Fitness

1

Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC (collectively the "Unserved Defendants").

The Court, having considered the parties' Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Plaintiffs shall have a until of the ___ day of _____ 2023, to serve the Unserved Defendants

IT IS SO ORDERED.

Dated: February ___, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge