1     / / /

2     / / /

3     / / /

4     / / /

5     / / /

6     / / /

7     / / /

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

<div style="float:left">WOOD, SMITH, HENNING & BERMAN LLP<br>Attorneys at Law<br>10960 WILSHIRE BOULEVARD, 18TH FLOOR<br>LOS ANGELES, CALIFORNIA 90024-3804<br>TELEPHONE 310-481-7600 ◆ FAX 310-481-7650</div>

| | |
|---|---|
| 11  JULIA HUBBARD and KAYLA GOEDINGHAUS, | Case No. 2:22-cv-7957-FLA-MAA |
| 12              Plaintiffs, | Assigned to Honorable Fernando L. Aenlle-Rocha |
| 13        v. | **[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL SCOTT WOODS, M.D.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| 14  TRAMMELL S. CROW, JR., et al., | |
| 15              Defendants. | |
| 16 | |
| 17 | Trial Date:       None Set |

18         On February 8, 2023, Defendant Michael Scott Woods' filed a Motion to

19   Dismiss for Lack of Personal Jurisdiction. The Court, having considered the Motion

20   and finding good cause therefor, hereby GRANTS the Motion and ORDERS as

21   follows:

22         The above-captioned action as against Defendant Robert Pruitt is dismissed.

23         IT IS SO ORDERED.

24         Dated: _____

25                                          _____

26                                          Hon. Fernando L. Aenlle-Rocha

27                                          Judge, United States District Court

28

                                          -1-
         [PROPOSED] ORDER GRANTING DEFENDANT MICHAEL SCOTT WOODS, M.D.'S
              MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION