Indira J. Cameron-Banks (Cal. Bar No. 248634)
 *indira@cameronjones.law*
Terrence M. Jones (Cal. Bar No. 256603)
 *terrence@cameronjones.law*
**CAMERON | JONES LLP**
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
424.757.0585 | www.cameronjones.law

Attorneys for Defendant
BENJAMIN TODD ELLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al. | Case No.: 22-CV-07957-FLA-MAA |
| Plaintiff(s), | **STIPULATION TO EXTEND THE TIME FOR DEFENDANT BENJAMIN TODD ELLER TO RESPOND TO THE COMPLAINT BY NOT MORE THAN THIRTY DAYS** |
| vs. | |
| TRAMMELL S. CROW, JR., et al. | |
| Defendant(s). | [L.R. 8-3] |
| | Compl. Served: **1/24/23** |
| | Current Response Date: **2/14/23** |
| | New Response Date: **3/14/23** |
| | Hon. Fernando L. Aenlle-Rocha |

    Plaintiffs and Defendant Benjamin Todd Eller, by and through undersigned counsel, hereby stipulate pursuant to Local Rule 8-3 to extend the deadline for Defendant's Response to the Complaint by less than thirty days, up to and including

March 14, 2023.  This is the first stipulation between these parties to extend the deadline for Defendant to respond to the Complaint.

DATED: February 9, 2023          CAMERON JONES LLP

/s/ Indira J. Cameron-Banks
Indira J. Cameron-Banks
Terrence M. Jones

*Attorneys For Defendant*
BENJAMIN TODD ELLER

DATED: February 9, 2023          BALESTRIERE FARIELLO

/s/ Matthew W. Schmidt *
Matthew W. Schmidt

*Attorneys For Plaintiffs*
JULIA HUBBARD et al.

* I received authorization from counsel to affix electronic signature.

DATE: 2/9/23

Indira J. Cameron-Banks