1  MICHAEL J. TROTTER (SBN: 139034)
2  mjtrotter@cktflaw.com
   DAVID P. PRUETT (SBN: 155849)
3  dppruett@cktflaw.com
4  CARROLL, KELLY, TROTTER & FRANZEN
   111 West Ocean Boulevard, 14th Floor
5  Post Office Box 22636
6  Long Beach, California 90801-5636
   Telephone No. (562) 432-5855 / Facsimile No. (562) 432-8785
7
8  Attorneys for Defendant, MELISSA B. MILLER, M.D.

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

| 12 | JULIA HUBBARD and KAYLA GOEDINGHAUS, | CASE NO.: 2:22-cv-7957-FLA-MAA |
|---|---|---|
| 13 | | Hon. Fernando L. Aenlle-Rocha |
| 14 | Plaintiffs, | |
| 15 | vs. | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) |
| 16 | TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, | |
| 17 | | Date Complaint Served: Jan. 18, 2023 |
| 18 | | |
| 19 | | Response Currently Due: Feb. 17, 2023 |
| 20 | | |
| 21 | | Date Due following the filing of the stipulation: Mar. 20, 2023 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 | |
| Defendants. | |

Plaintiffs and Defendant Melissa B. Miller, by and through their attorneys, hereby stipulate to extend the deadline for Defendant's response to the Complaint for 30-days, such that the response will be due March 20, 2023.

DATED: February 13, 2023       CARROLL, KELLY, TROTTER & FRANZEN

By:  /s/ David P. Pruett
   MICHAEL J. TROTTER
   DAVID P. PRUETT
   Attorneys for Defendant, MELISSA B. MILLER, M.D.

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 13, 2023       BALESTRIERE FARIELLO

By:  /s/ Matthew W. Schmidt
   MATTHEW W. SCHMIDT
   Attorneys for Plaintiffs JULIA HUBBARD and KAYLA GOEDINGHAUS

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Post Office Box 22636, Long Beach, CA 90801-5636.  On February 14, 2023, I served a true and correct copy of the following document on the attached list of interested parties:

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

☒ **Electronic Mail**.  Pursuant to California Rule of Court, C.C.P., section 1010.6(e), service is by e-mail only.

☐ **By United States First Class Mail**: I enclosed said document(s) in a sealed envelope or package to each addressee. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, with postage fully prepaid.

☒ **FEDERAL:** I declare under the penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed on February 14, 2023, at Long Beach, California.

                                           */s/ A. Lorraine Orduno*
                                           A. LORRAINE ORDUNO

MAILING LIST
*Hubbard/Goedinghaus v. Crow, et al.;* Case No. 2:22-cv-7957-FLA-MAA

John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*