DELMAR S. THOMAS (SBN 210825)
dthomas@yukelaw.com
JUSTIN M. MARVISI (SBN 294498)
jmarvisi@yukelaw.com
OLIVIA H. KIM (SBN 322535)
okim@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Email: eservice@yukelaw.com

Attorneys for Specially Appearing Defendants RCI HOSPITALITY HOLDINGS, INC. and CASEY GROVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30,<br><br>Defendants. | CASE NO. 2:22-cv-7957<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT RCI HOSPITALITY HOLDINGS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3.]**<br><br>**Complaint Served: January 23, 2023**<br>**Current Response Date: February 13, 2023**<br>**New Response Date: February 27, 2023**<br><br>Action Filed:  November 1, 2022 |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs"), by and through their counsel, and Defendant RCI Hospitality Holdings, Inc. ("RCIHH"), hereby stipulate as follows:

## RECITALS

WHEREAS, on November 1, 2022, Plaintiffs filed their Initial Complaint in the above-entitled action. (ECF No. 1.)

WHEREAS, on January 23, 2023, Plaintiffs served RCIHH with the Complaint.

WHEREAS, RCIHH's answer to the Complaint is due February 13, 2023.

WHEREAS, RCIHH has been attempting to retain local counsel in California to represent them in the above-entitled action, and only recently obtained such counsel.

WHEREAS, RCIHH and its California counsel require additional time to answer or otherwise respond to the Complaint, as well as comply with Local Rule 7-3.

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiffs and RCIHH as follows:

RCIHH shall have up to and including February 27, 2023 to answer or otherwise respond to the Complaint. This stipulation shall constitute a special appearance by RCIHH and shall not waive any defenses under Federal Rule of Civil Procedure 12(b), or relating to personal jurisdiction, forum or venue, consistent with Section 418.10(d) of the California Code of Civil Procedure.

[SIGNATURES FOLLOW ON NEXT PAGE]

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: February 13, 2023 | BALESTRIERE FARIELLO |
| 2 | | KABATECK LLP |
| 3 | | By:  */s/ Matthew W. Schmidt* |
| 4 | | John G. Balestriere |
| 5 | | Matthew W. Schmidt |
| 6 | | Anastasia K. Mazzella |
| | | Attorneys for Plaintiffs |

DATED: February 13, 2023          YUKEVICH | CAVANAUGH

By:   */s/ Justin M. Marvisi*
Delmar S. Thomas
Justin M. Marvisi
Olivia H. Kim
Attorneys for Specially Appearing
Defendants RCI HOSPITALITY
HOLDINGS, INC. and CASEY GROVER

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule of Civil Procedure 5-4.3.4(a)(2)(i), the filer of this document attests that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 13, 2023          YUKEVICH | CAVANAUGH

By:   */s/ Justin M. Marvisi*
Delmar S. Thomas
Justin M. Marvisi
Olivia H. Kim
Attorneys for Specially Appearing
Defendants RCI HOSPITALITY
HOLDINGS, INC. and CASEY GROVER

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 14, 2023, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME FOR DEFENDANT RCI HOSPITALITY HOLDINGS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3.]** on the interested parties in this action as follows:

**SEE CM/ECF SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 14, 2023, at Los Angeles, California.

*/s/ Deanna Castellanos*
Deanna Castellanos

CASE NO. 2:22-cv-7957
STIPULATION TO EXTEND TIME FOR DEFENDANT RCI HOSPITALITY HOLDINGS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3.]