QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane Doolittle (Bar No. 142046)
    dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Alex Bergjans (Bar No. 302830)
    alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Adam J. DiClemente (*pro hac vice* application forthcoming)
    adamdiclemente@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Coe Juracek*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM | Case No. 2:22-cv-7957-FLA-MAA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: January 28, 2023<br>Current Response Date: February 21, 2023<br>New Response Date: March 23, 2023<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

1  FITNESS NUTRITION, LLC, ULTRA
   COMBAT NUTRITION, LLC,
2  ECOLOFT HOMES LLC, ELEVATED
   WELLNESS PARTNERS LLC, DOE
3  INDIVIDUALS 1-20, and DOE
   COMPANIES 21-30
4
        Defendants.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Julia Hubbard and Kayla
2  Goedinghaus ("Plaintiffs"), and Defendant Coe Juracek ("Juracek") (collectively "the
3  Parties"), by and through their counsel, hereby stipulate as follows:
4       WHEREAS, Plaintiffs filed the Complaint in this action on November 1, 2022;
5       WHEREAS, Plaintiffs served the Complaint on Juracek on January 28, 2023;
6       WHEREAS, Juracek's response to the Complaint is currently due on February
7  21, 2023;
8       WHEREAS, Juracek has requested and Plaintiffs have agreed to a 30-day
9  extension for Juracek's response to the Complaint, which would give Juracek until
10 March 23, 2023 to respond;
11      WHEREAS, this is Juracek's first request to extend time to respond to the
12 initial Complaint;
13      WHEREAS, Local Rule 8-3 states that "[i]f the stipulation … does not extend
14 the time [to respond to the initial complaint] for more than a cumulative total of thirty
15 (30) days from the date the response initially would have been due, the stipulation
16 need not be approved by the judge."
17      NOW, THEREFORE, by and through their respective counsel of record, the
18 Parties hereby stipulate and agree that the deadline for Juracek to respond to Plaintiffs'
19 Complaint shall be extended to March 23, 2023; the Parties further stipulate and agree
20 that this stipulation shall not waive any potential defenses, including those relating to
21 jurisdiction, forum, or venue.
22
23      IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: February 16, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |

By /s/ *Diane Doolittle*
   Diane Doolittle
   Alex Bergjans
   Attorneys for Defendant Coe Juracek

DATED:  February 16, 2023           BALESTRIERE FARIELLO
                                     KABATECK LLP


By /s/ *Matthew W. Schmidt*
   John G. Balestriere
   Matthew W. Schmidt
   Anastasia Mazzella
   Attorneys for Plaintiffs Julia Hubbard and
   Kayla Goedinghaus

| | |
|---|---|
| 1 | **ATTESTATION STATEMENT** |
| 2 | I, Alex Bergjans, the filer of this Stipulation, attest pursuant to L.R. 5- |
| 3 | 4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is |
| 4 | submitted, concur in the filing's content and have authorized the filing. |

DATED:  February 16, 2023          QUINN EMANUEL URQUHART &
                                                            SULLIVAN, LLP


                                                  By /s/ Alex Bergjans
                                                        Alex Bergjans
                                                        Attorneys for Defendant Coe Juracek