QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane Doolittle (Bar No. 142046)
    dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

  Alex Bergjans (Bar No. 302830)
    alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  Adam J. DiClemente (*pro hac vice* application forthcoming)
    adamdiclemente@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Defendant Coe Juracek*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELEER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM | Case No. 2:22-cv-7957-FLA-MAA<br><br>**COE JURACEK'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

| | |
|---|---|
| 1 | FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30 |
| 2 | |
| 3 | |
| 4 | Defendants. |

-2- Case No. 2:22-cv-7957-FLA-MAA
JURACEK'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES

**TO THE CLERK OF THE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for Defendant Coe Juracek certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiffs
    - JULIA HUBBARD
    - KAYLA GOEDINGHAUS
- Defendants and/or Affiliated Entities
    - TRAMMELL S. CROW, JR.
    - DR. BENJAMIN TODD ELEER
    - RICHARD HUBBARD
    - DR. MELISSA MILLER
    - DR. JOSEPH BROLIN
    - DR. SCOTT WOODS
    - DR. MRUGESHKUMAR SHAH
    - MICHAEL CAIN
    - COE JURACEK
    - PHILIP ECOB
    - H.J. COLE
    - TEXAS RANGER CODY MITCHELL
    - KURT KNEWITZ
    - PAUL PENDERGRASS
    - RALPH ROGERS
    - ROBERT PRUITT
    - SCOTT BRUNSON
    - CASE GROVER

|    |    |    |
|----|----|----|
| 1  | o  | RICHARD BUTLER |
| 2  | o  | MARK MOLINA |
| 3  | o  | MICHAEL HYNES, JR. |
| 4  | o  | SHAWN MAYER |
| 5  | o  | JADE MAYER |
| 6  | o  | RCI HOSPITALITY HOLDINGS, INC. |
| 7  | o  | INTEGRITY BASED MARKETING, LLC |
| 8  | o  | STORM FITNESS NUTRITION, LLC |
| 9  | o  | ULTRA COMBAT NUTRITION, LLC |
| 10 | o  | ECOLOFT HOMES LLC |
| 11 | o  | ELEVATED WELLNESS PARTNERS LLC |

DATED: February 16, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Diane Doolittle*
   Diane Doolittle
   Alex Bergjans
   Attorneys for Defendant Coe Juracek

# ATTESTATION STATEMENT

I, Alex Bergjans, the filer of this Certificate, attest pursuant to L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 16, 2023             QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                      By */s/ Alex Bergjans*
                                         Alex Bergjans
                                         Attorneys for Defendant Coe Juracek