DELMAR S. THOMAS (SBN 210825)
 dthomas@yukelaw.com
JUSTIN M. MARVISI (SBN 294498)
 jmarvisi@yukelaw.com
OLIVIA H. KIM (SBN 322535)
 okim@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788
Email:       eservice@yukelaw.com

Attorneys for Specially Appearing
Defendant CASEY GROVER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30,<br><br>Defendants. | CASE NO. 2:22-cv-7957<br><br>Assigned to Honorable Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF DEFENDANT CASEY GROVER IN SUPPORT OF HIS MOTION TO DISMISS**<br><br>Date:   March 31, 2023<br>Time:   1:30 p.m.<br>Dept:   6B, 6th Floor<br><br>Assigned to the Hon. Fernando L. Aenlle-Rocha |

## DECLARATION OF DEFENDANT CASEY GROVER

I, Casey Grover, declare as follows:

1. I have been named as a Defendant in this action. I make this Declaration in support of my Motion to Dismiss the Complaint for lack of personal jurisdiction. I have personal knowledge of the matters stated below and, if called upon to testify, I could and would competently testify thereto.

2. I received service of the Complaint in this action through mail to my home in McKinney, Texas.

3. On November 1, 2022 (the date that I understand the Complaint was filed), I resided in Texas and have resided there for approximately twenty-two (22) years. During any and all times identified in the Complaint, my domicile was in Texas – in other words, that was my home and where I intended to live indefinitely.

4. I have never consented to California jurisdiction.

5. Prior to moving to Texas in 2000, I lived in San Diego, California for approximately three years (1996 to 1999) working primarily as a DJ. I also started a business while in San Diego (performance shop for cars) but shut it down shortly after opening it. After leaving San Diego, I returned to California only once in 2002 for less than 24 hours to help a friend move.

6. Since leaving San Diego, I have not (1) performed any work that has any connection to California, (2) owned any real property in California, (3) owned or operated any businesses in California, (4) possessed any California bank accounts, or (5) paid any personal or business taxes in California.

7. Aside from this lawsuit, I have never been a party to a lawsuit in California.

8. I briefly worked with and dated Plaintiff Julia Hubbard in 2017, but all of my interactions and communications with her occurred in Texas, not California.

9. I have never met, spoken to, or heard of Plaintiff Kayla Goedinghaus prior to the filing of this lawsuit.

10. I have never met, spoken to, or heard of Defendant Benjamin Todd Eller prior to the filing of this lawsuit.

11. I have never been in California with either Plaintiff or any of the named Defendants as far as I am aware.

12. Because of my lack of connections with California, coupled with the fact that whatever conduct is being alleged against me in this case would have occurred in Texas, litigating this case in California makes no sense to me. Having to travel to California for discovery and trial of this case would impose a significant personal and financial burden on me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _McKINNEY_, Texas on February 22, 2023.

_____
CASEY GROVER

# PROOF OF SERVICE

**JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.**
United States District Court -- Central District Case No. 2:22-cv-07957

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 23, 2023, I served true copies of the following document(s) described as **DECLARATION OF DEFENDANT CASEY GROVER IN SUPPORT OF HIS MOTION TO DISMISS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2023, at Los Angeles, California.

_____
Chantel Y Estrada

# SERVICE LIST

***JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.***
United States District Court -- Central District Case No. 2:22-cv-07957

| | |
|---|---|
| John G. Balestriere, Esq.<br>Matthew W. Schmidt<br>BALESTRIERE FARIELLO<br>225 Broadway, 29th Floor<br>New York, NY 10007 | Attorneys for PLAINTIFFS<br><br>Tel: (415) 966-2656<br>Fax: (212) 208-2613<br>Email:<br>john.balestriere@balestrierefariello.com<br>matthew.schmidt@balestrierefariello.com |
| Anastasia Mazzella, Esq.<br>KABATECK LLP<br>633 West Fifth St., Suite 3200<br>Los Angeles, CA 90071 | Attorneys for PLAINTIFFS<br><br>Tel: (213) 217-5007<br>Fax: (213) 217-5010<br>Email:  am@kbklawyers.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Attorneys for DEFENDANT COE JURACEK |
| Diane Doolittle, Esq.<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065 | Tel: (650) 801-5000<br>Fax: (650) 801-5100<br>Email:  dianedoolittle@quinnemanuel.com |
| Alex Bergjans, Esq.<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543 | Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>Email:  alexbergjans@quinnemanuel.com |
| Adam J. DiClemente, Esq.<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010 | Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>Email:  adamdiclemente@quinnemanuel.com |