1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAMMELL S. CROW, JR., *et al.*, <br><br> Defendants. | No. 2:22-cv-07957-FLA-MAA <br><br> Assigned to Honorable <br> Fernando L. Aenelle-Rocha <br><br> **[PROPOSED] ORDER FRANTING DEFENDANT CODY MITCHELL'S MOTION TO DISMISS** |

1  On February 24, 2023, Defendant Cody Mitchell filed a to dismiss for lack of
2  personal jurisdiction and failure to state a claim.  The Court having considered the
3  moving papers, and any opposition, reply, or oral argument thereafter, finds good
4  cause therefor, and hereby GRANTS the Motion and ORDERS as follows:
5  The above-captioned action against Defendant Cody Mitchell is dismissed.
6  IT IS SO ORDERED.

8  DATED:_____

10  _____
    Hon. Fernando L. Anelle-Rocha
11  Judge, United States District Court