NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alec Simpson (SBN: 300809)
Office of the Attorney General State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

CLEAR FORM

ATTORNEY(S) FOR: Cody Mitchell

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Julia Hubbard and Kayla Goedinghaus

Plaintiff(s),

v.

Trammel S. Crow, Jr., et al.

Defendant(s)

CASE NUMBER:

2:22-cv07957-FLA-MAA

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Cody Mitchell or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| (1)Julia Hubbard;(2) Kayla Goedinghaus; (3)Trammel Crow; (4)Dr. Ben Eller; (5)Richard Hubbard; (6)Dr. Melissa Miller; (7)Dr. Joseph Bolin; (8)Dr. Scott Woods; (9)Dr. Mrugeshkumar Shah; (10)Michael Cain; (11)Coe Juracek; (12)Philip Ecob; (13)H.J. Cole; (14)Cody Mitchell; (15)Paul Pendergrass; (16)Ralph Rogers; (17)Robert Pruitt; (18) Scott Brunson; (19) Case Grover; (20)Richard Butler; (21)Mark Molina; (22)Michael Hynes, Jr.; (23)Shawn Mayer; (24)Jade Mayer; (25)RCI Hospitality; (26)Integrity Based Marketing; (27)Storm Fitness Nutrition; (28)Ultra Combat Nutrition; (29) EcoLoft Homes; (30) Elevated Wellness Partners. | (1)Plaintiff;(2) Plaintiff; (3)Defendant; (4)Defendant; (5) Defendant; (6) Defendant; (7)Defendant; (8)Defendant; (9) Defendant; (10)Defendant; (11)Defendant; (12)Defendant; (13)Defendant; (14)Defendant; (15)Defendant; (16) Defendant; (17)Defendant; (18) Defendant; (19) Defendant; (20)Defendant; (21)Defendant; (22)Defendant; (23) Defendant; (24)Defendant; (25)Defendant; (26)Defendant; (27)Defendant; (28)Defendant; (29) Defendant; (30) Defendant. |

February 24, 2023
Date

/s/ Alec Simpson
Signature

Attorney of record for (or name of party appearing in pro per):

Cody Mitchell