UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, ET AL.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TRAMMEL CROW, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-07957-FLA-MAA)<br><br>**[PROPOSED] ORDER GRANTING CODY MITCHELL'S MOTION TO DISMISS [DKT. 76]** |

　　　On March 31, 2023, Defendant Cody Mitchell filed a Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim.

　　　Cody Mitchell lacks minimum contacts with California, has not purposefully availed himself to the law and protections of the of California, and does not live in California.  Further, Texas is an alternative forum for under 18 U.S.C. § 1965(b) thereby negating the need to grant nationwide jurisdiction to hale Cody Mitchell into this Court.

　　　The court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1

1. All claims against Cody Mitchell are DISMISSED,

IT IS SO ORDERED.

Dated: February 24, 2023

                                                          FERNANDO L. AENLLE-ROCHA
                                                          United States District Judge