1  DELMAR S. THOMAS (SBN 210825)
   dthomas@yukelaw.com
2  JUSTIN M. MARVISI (SBN 294498)
   jmarvisi@yukelaw.com
3  OLIVIA H. KIM (SBN 322535)
   okim@yukelaw.com
4  YUKEVICH | CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, California 90071-1560
   Telephone:  (213) 362-7777
6  Facsimile:   (213) 362-7788
   Email:        eservice@yukelaw.com

Attorneys for Specially Appearing Defendants
RCI HOSPITALITY HOLDINGS, INC. and
CASEY GROVER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>              Plaintiffs,<br>     vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30,<br><br>              Defendants. | CASE NO. 2:22-cv-7957<br><br>**DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVER'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)**<br><br>Assigned to:  Hon. Judge Fernando L. Aenlle-Rocha<br><br>Action Filed:   November 1, 2022<br>Trial Date:      None Set |

2512965.1

TO THE CLERK OF THE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for Defendants RCI Hospitality Holdings, Inc. and Casey Grover certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiffs
  - JULIA HUBBARD
  - KAYLA GOEDINGHAUS
- Defendants and/or Affiliated Entities
  - CASEY GROVER
  - COE JURACEK
  - DR. BENJAMIN TODD ELEER
  - DR. JOSEPH BROLIN
  - DR. MELISSA MILLER
  - DR. MRUGESHKUMAR SHAH
  - DR. SCOTT WOODS
  - ECOLOFT HOMES LLC
  - ELEVATED WELLNESS PARTNERS LLC
  - H.J. COLE
  - INTEGRITY BASED MARKETING, LLC
  - JADE MAYER
  - KURT KNEWITZ
  - MARK MOLINA
  - MICHAEL CAIN
  - MICHAEL HYNES, JR.
  - PAUL PENDERGRASS

- PHILIP ECOB
- RALPH ROGERS
- RCI HOSPITALITY HOLDINGS, INC.
- RICHARD BUTLER
- RICHARD HUBBARD
- ROBERT PRUITT
- SCOTT BRUNSON
- SHAWN MAYER
- STORM FITNESS NUTRITION, LLC
- TEXAS RANGER CODY MITCHELL
- TRAMMELL S. CROW, JR.
- ULTRA COMBAT NUTRITION, LLC

DATED: February 27, 2023        YUKEVICH | CAVANAUGH

By: _____
Delmar S. Thomas
Justin M. Marvisi
Olivia H. Kim
Attorneys for Specially Appearing
Defendants RCI HOSPITALITY
HOLDINGS, INC. and CASEY GROVER

## ATTESTATION STATEMENT

I, Justin M. Marvisi, the filer of this Certificate, attest pursuant to L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 27, 2023          YUKEVICH | CAVANAUGH

By: _____
Delmar S. Thomas
Justin M. Marvisi
Olivia H. Kim
Attorneys for Specially Appearing
Defendants RCI HOSPITALITY
HOLDINGS, INC. and CASEY GROVER

**PROOF OF SERVICE**

**JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.**

**United States District Court -- Central District Case No. 2:22-cv-07957**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 27, 2023, I served true copies of the following document(s) described as **DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVER'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2023, at Los Angeles, California.

_____
Chantel Y Estrada

2512965.1

DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVER'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)

# SERVICE LIST

***JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.***

United States District Court -- Central District Case No. 2:22-cv-07957

| | |
|---|---|
| John G. Balestriere, Esq.<br>Matthew W. Schmidt<br>BALESTRIERE FARIELLO<br>225 Broadway, 29th Floor<br>New York, NY 10007 | Attorneys for PLAINTIFFS<br>Tel: (415) 966-2656<br>Fax: (212) 208-2613<br>Email:<br>john.balestriere@balestrierefariello.com<br>matthew.schmidt@balestrierefariello.com |
| Anastasia Mazzella, Esq.<br>KABATECK LLP<br>633 West Fifth St., Suite 3200<br>Los Angeles, CA 90071 | Attorneys for PLAINTIFFS<br>Tel: (213) 217-5007<br>Fax: (213) 217-5010<br>Email: am@kbklawyers.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>Diane Doolittle, Esq.<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br><br>Alex Bergjans, Esq.<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543<br><br>Adam J. DiClemente, Esq.<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010 | Attorneys for DEFENDANT COE JURACEK<br><br>Tel: (650) 801-5000<br>Fax: (650) 801-5100<br>Email: dianedoolittle@quinnemanuel.com<br><br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>Email: alexbergjans@quinnemanuel.com<br><br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: adamdiclemente@quinnemanuel.com |

2512965.1

DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVER'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)