### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JULIA HUBBARD, et al.

PLAINTIFF(S)

v.

TRAMMELL S CROW, JR., et al.

DEFENDANT(S).

CASE NUMBER:

2:22−cv−07957−FLA−MAA

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/23/2023 | 72 | Motion to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The Filer shall lodge a Proposed Order.

Dated: ____2/27/2023____                    By: _____
                                                 United States District Judge