Delmar S. Thomas, Justin M. Marvisi, Olivia H. Kim
Yukevich | Cavanaugh
355 S. Grand Ave., 15th Floor
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Julia Hubbard and Kayla Goedinghaus | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cv-7957-FLA-MAA |
| v. | |
| Trammel S. Crow, Jr., et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: **(List Documents)**

[PROPOSED] Order to pending Motion No. 72.

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Pursuant to the Court's Notice to Filer of Deficiencies, Dkt. No. 73, and pursuant to L.R. 5-4-4.1, Defendant Casey Grover files/lodges this [PROPOSED] Order to pending Motion No. 72.

February 27, 2023                                   Justin M. Marvisi
Date                                                       Attorney Name

                                                            Defendant Casey Grover
                                                            Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                          NOTICE OF MANUAL FILING OR LODGING

# PROOF OF SERVICE

**JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.**

**United States District Court -- Central District Case No. 2:22-cv-07957**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 27, 2023, I served true copies of the following document(s) described as **NOTICE OF LODGING** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 27, 2023, at Los Angeles, California.

_____
Chantel Y Estrada

# SERVICE LIST

***JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.***

**United States District Court -- Central District Case No. 2:22-cv-07957**

| | |
|---|---|
| John G. Balestriere, Esq.<br>Matthew W. Schmidt<br>BALESTRIERE FARIELLO<br>225 Broadway, 29th Floor<br>New York, NY 10007 | Attorneys for PLAINTIFFS<br><br>Tel: (415) 966-2656<br>Fax: (212) 208-2613<br>Email:<br>john.balestriere@balestrierefariello.com<br>matthew.schmidt@balestrierefariello.com |
| Anastasia Mazzella, Esq.<br>KABATECK LLP<br>633 West Fifth St., Suite 3200<br>Los Angeles, CA 90071 | Attorneys for PLAINTIFFS<br><br>Tel: (213) 217-5007<br>Fax: (213) 217-5010<br>Email: am@kbklawyers.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>Diane Doolittle, Esq.<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br><br>Alex Bergjans, Esq.<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543<br><br>Adam J. DiClemente, Esq.<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010 | Attorneys for DEFENDANT COE JURACEK<br><br>Tel: (650) 801-5000<br>Fax: (650) 801-5100<br>Email: dianedoolittle@quinnemanuel.com<br><br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>Email: alexbergjans@quinnemanuel.com<br><br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: adamdiclemente@quinnemanuel.com |