UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-07957-FLA (MAAx)<br><br>**ORDER TO SHOW CAUSE** |

28 U.S.C. § 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

On November 1, 2022, Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs") filed their Complaint in this action. Dkt. 1. Plaintiffs named 29 Defendants, including 23 individuals and 6 corporations, in addition to Doe Individuals 1-20 and Doe Companies 21-30. *See generally id.* Of the 23 individual Defendants, only one resides in California. *Id.* ¶¶ 62-83. Of the 6 corporate Defendants, none have a principal place of business located in California. *Id.* ¶¶ 84-89. Almost every named Defendant resides in or has a principal place of business in Texas. *Id.* ¶¶ 62-89. The majority of events alleged appear to have occurred in Texas, and most, if not all, witnesses and evidence would appear to be located in Texas—not California. *See id.* ¶¶ 108-305. Finally, multiple Defendants have moved to be dismissed from this action for lack of personal jurisdiction. Dkts. 50, 55, 72, 76, 83.

Accordingly, the court ORDERS the parties to Show Cause ("OSC") in writing by March 24, 2023, why this action should not be transferred to a United States District Court in Texas, pursuant to 28 U.S.C. § 1404(a). The parties may file one brief per side, which shall not exceed 15 pages per brief.

IT IS SO ORDERED.

Dated: March 6, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge