1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11   JULIA HUBBARD, et al.,                Case No. 2:22-cv-7957-FLA-MAA
12                    Plaintiffs,
                                           **[PROPOSED] ORDER DENYING**
13          v.
                                           **DEFENDANT MITCHELL'S**
14
                                           **MOTION TO DISMISS**
15   TRAMMELL S. CROW, JR., et al.,
16                    Defendants.
17
18
19
20          On March 10, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus
21   (collectively, "Plaintiffs") filed an Opposition to Defendant Cody Mitchell ("Mitchell")
22   Motion to Dismiss under Federal Rules of Civil 12(b)(6) for Lack of  Personal
23   Jurisdiction and Failure to State a Claim (the "Opposition").
24          Plaintiffs have adequately pleaded substantive allegations against Mitchell as
25   required by Federal Rule of Civil Procedure 8.
26          Plaintiffs have also made a prima facie showing that Defendant Mitchell has
27   minimum contacts with California, and purposefully availed himself to the law and
28   protections of California through his alleged participation in the venture.

                                           1

1   The Court, having considered the parties' Opposition, all papers filed and finding

2   good cause therefor, hereby DENIES Defendant Mitchell's Motion to Dismiss for Lack

3   of Personal Jurisdiction and Failure to State Claim.

4

5

6   IT IS SO ORDERED.

7

8   Dated: _____

9   _____

    FERNANDO L. AENLLE-ROCHA

10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28