**DEFENDANTS TO BE SERVED:**

DR. MRUGESHKUMAR SHAH
US Armed Forces Reserve CMPL
344 Marine Forces Dr
Grand Prairie, TX 75051

MICHAEL CAIN
2602 Timberwood Dr, Unit 4
Fort Collins, CO 80528

PHILIP ECOB
2215 Cedar Springs Rd Apt 1414
Dallas, TX 75201

H.J. COLE
4606 Cedar Springs Road Apt 1932
Dallas, TX 75219

KURT KNEWITZ
6009 W. Parker Rd., #149-189
Plano, TX. 75093

PAUL PENDERGRASS
6952 Navigation Drive
Grand Prairie, Texas 75054

RALPH ROGERS
28827 Fine Road
Marble Falls, Texas 78654

RICHARD BUTLER
4900 N 44th St, Apt 1061
Phoenix, AZ 85018

MARK MOLINA
800 N Iowa Ave Apt 1
Brownsville, TX 78521

---

SHAWN MAYER
1900 Stonehill Dr,
Justin, TX 76247-6734

---

JADE MAYER
1900 Stonehill Dr,
Justin, TX 76247-6734

---

INTEGRITY BASED MARKETING, LLC
14613 Kelmscot Drive
Frisco, Texas 75035

---

STORM FITNESS NUTRITION, LLC
2245 Keller Way, Suite 250
Carrollton, Texas 75006

---

ULTRA COMBAT NUTRITION, LLC
17100 Dallas Parkway, Suite 211
 Dallas, Texas 75248

---

ECOLOFT HOMES LLC
3610-2 North Josey Lane #223
Carrollton, Texas 75007-0000

---

ELEVATED WELLNESS PARTNERS LLC
11615 Forest Central Drive, Suite 216, LB 16
Dallas, Texas 75243