1
2
3
4
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS<br><br>            Plaintiff(s),<br><br>    vs.<br><br>TRAMMELL S. CROW JR., et al.<br><br>            Defendant(s). | Case No.: 2:22-CV-7957-FAR-MAA<br><br>**[proposed] ORDER re:**<br>DEFENDANT BENJAMIN TODD ELLER'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) and 8(a)<br><br><br>Honorable Fernando L. Aenlle-Rocha |

PROPOSED ORDER
DEFENDANT BENJAMIN TODD ELLER'S MOTION TO DISMISS COMPLAINT

1  This Court, having read and considered Defendant Benjamin Todd Eller's Motion to
2  Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a), and finding
3  good cause therefor, hereby GRANTS Defendants Motion, and dismisses the
4  Complaint.

6  DATED:

Honorable Fernando L. Aenlle-Rocha
UNITED STATES DISTRICT COURT JUDGE