# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al._____PLAINTIFF(S)<br><br>v.<br><br>TRAMMELL S CROW, JR., et al._____DEFENDANT(S). | CASE NUMBER:<br><br>2:22−cv−07957−FLA−MAA<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/15/2023 | 93 | Motion to Dismiss by Benjamin Todd Eller |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☒ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 3/16/2023    By: _____
United States District Judge