UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-7957-FLA-MAA<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MELISSA B. MILLER, M.D.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

On April 28, 2023, Defendant Melissa B. Miller, M.D,'s filed a Motion to Dismiss for Lack of Personal Jurisdiction. The Court, having considered the Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

The above-captioned action as against Defendant Melissa B. Miller, M.D. is dismissed.

IT IS SO ORDERED.

Dated: _____       _____

Hon. Fernando L. Aenlle-Rocha

Judge, United States District Court

1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Post Office Box 22636, Long Beach, CA 90801-5636. On March 20, 2023, I served a true and correct copy of the following document on the interested parties in this action as follows:

**[PROPOSED] ORDER GRANTING DEFENDANT MELISSA B. MILLER, M.D.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2023, at Los Angeles, California.

*/s/ A Lorraine Orduno*
A. Lorraine Orduno