UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30<br><br>Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COE JURACEK'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION (12(b)(2)) AND FAILURE TO STATE A CLAIM (12(b)(6)).** |

On March 23, 2023, Defendant Coe Juracek filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6).

This Court finds that Mr. Juracek lacks minimum contacts with California, has not purposefully availed himself of the laws and protections of California, and does not reside in California. Moreover, Plaintiffs have not sufficiently alleged the existence of a single nationwide RICO conspiracy or demonstrated that Texas is not an adequate alternative forum in order to satisfy the provisions of 18 U.S.C. § 1965(b). Accordingly, the Complaint fails to establish any basis for this Court to exercise personal jurisdiction over Mr. Juracek.

Additionally, because this Court "may assume the existence of personal jurisdiction and adjudicate the merits in favor of [a] defendant without making a definitive ruling on jurisdiction," *Koninklijke Philips N.V. v. Elec-Tech Int'l Co.*, No. 14-CV-02737-BLF, 2015 WL 1289984, at *2 (N.D. Cal. Mar. 20, 2015) (quoting *Lee v. City of Beaumont*, 12 F.3d 933, 937 (9th Cir. 1993), the Complaint is dismissed for failure to state a claim. Plaintiffs fail to allege sufficient facts to substantiate a claim for sex trafficking, labor trafficking, or RICO against Mr. Juracek. Furthermore, Plaintiffs have failed to comply with the pleading requirements of Federal Rule of Civil Procedure 8 insofar as the Complaint does not specify conduct attributable to Mr. Juracek that would permit liability on any cause of action.

The Court, having considered the motion and finding good cause therefore, hereby GRANTS the motion and orders as follows: The above-captioned action as against Defendant Coe Juracek is dismissed with prejudice.

IT IS SO ORDERED.

DATED: \_\_\_\_\_, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge