# EXHIBIT A

# Hubbard Defendant(s) Addresses

Defendants

- Case Grover
- Cody Mitchell
- Coe Juracek
- Dr. Joseph Bolin
- Dr. Melissa Miller
- Dr. Mrugeshkumar Shah (current)
- Dr. Scott Woods
- Ecoloft Homes LLC
- Elevated Wellness Partners LLC
- H.J. Cole (former)
- H.J. Cole (current)
- Integrity Based Marketing, LLC.
- Kurt Knewitz
- Mark Molina (former)
- Mark Molina (current)
- Michael Cain
- Michael Hynes, Jr.
- Paul Pendergrass
- Phil Ecob
- Ralph Rogers
- RCI Hospitality Holdings Inc.

Richard Butler

📍

Richard Hubbard

📍

Robert Pruitt

📍

Scott Brunson

📍

Storm Fitness Nutrition, LLC.

📍

Trammel Crow

📍

Ultra Combat Nutrition, LLC.

📍

Jade Mayer (former)

📍

Shawn Mayer (former)

📍

Shawn Mayer (current)

📍

Jade Mayer (current)

📍

Dr. Mrugeshkumar Shah (former)

Hubbard Defendant(s) Addresses
16 views
Last edit was 9 days ago
Add layer
Share
Preview
Defendants
Case Grover
Cody Mitchell
Coe Juracek
Dr. Joseph Bolin
Dr. Melissa Miller
Dr. Mrugeshkumar Shah (cur...
Dr. Scott Woods
Ecoloft Homes LLC
Elevated Wellness Partners L...
H.J. Cole (former)
H.J. Cole (current)
Integrity Based Marketing, L...
Kurt Knewitz
Mark Molina (former)
Mark Molina (current)
Michael Cain
Michael Hynes, Jr.
Paul Pendergrass
Phil Ecob
Ralph Rogers
RCI Hospitality Holdings Inc.
Richard Butler
Richard Hubbard
Robert Pruitt
Scott Brunson
Storm Fitness Nutrition, LLC.
Trammel Crow
For a better printing experience, select "Print map" in the file menu in the left panel.
Fort Worth
Arlington
Dallas
Irving
Plano
Garland

Hubbard Defendant(s) Addresses
16 views
Last edit was 9 days ago
Add layer
Share
Preview
Defendants
Case Grover
Cody Mitchell
Coe Juracek
Dr. Joseph Bolin
Dr. Melissa Miller
Dr. Mrugeshkumar Shah (cur...
Dr. Scott Woods
Ecoloft Homes LLC
Elevated Wellness Partners L...
H.J. Cole (former)
H.J. Cole (current)
Integrity Based Marketing, L...
Kurt Knewitz
Mark Molina (former)
Mark Molina (current)
Michael Cain
Michael Hynes, Jr.
Paul Pendergrass
Phil Ecob
Ralph Rogers
RCI Hospitality Holdings Inc.
Richard Butler
Richard Hubbard
Robert Pruitt
Scott Brunson
Storm Fitness Nutrition, LLC.
Trammel Crow
For a better printing experience, select "Print map" in the file menu in the left panel.
Encino
Armstrong
Port Mansfield
Raymondville
Edinburg
McAllen
Weslaco
Harlingen
Combes
Rio Hondo
San Benito
Los Fresnos
Nature Store - Friends of Laguna Atascosa...
South Padre Island
Hidalgo
Reynosa
Nuevo Progreso
Río Bravo
Olmito
Matamoros
El Galaneño
Valle Hermoso
Rodolfo Martín Rocha
El Mezquital
Alfredo V. Bonfil
General Francisco Villa
Pastores
Ejido Miguel Hidalgo
Laguna Madre y Delta del Río Bravo
San Fernando
Cruillas
Las Norias
Carboneras
San Carlos

Hubbard Defendant(s) Addresses
16 views
Last edit was 9 days ago
Add layer
Share
Preview
Defendants
Case Grover
Cody Mitchell
Coe Juracek
Dr. Joseph Bolin
Dr. Melissa Miller
Dr. Mrugeshkumar Shah (cur...
Dr. Scott Woods
Ecoloft Homes LLC
Elevated Wellness Partners L...
H.J. Cole (former)
H.J. Cole (current)
Integrity Based Marketing, L...
Kurt Knewitz
Mark Molina (former)
Mark Molina (current)
Michael Cain
Michael Hynes, Jr.
Paul Pendergrass
Phil Ecob
Ralph Rogers
RCI Hospitality Holdings Inc.
Richard Butler
Richard Hubbard
Robert Pruitt
Scott Brunson
Storm Fitness Nutrition, LLC.
Trammel Crow
For a better printing experience, select "Print map" in the file menu in the left panel.
Houston
Huntsville
Bryan
College Station
Navasota
Conroe
The Woodlands
Spring
Tomball
Cypress
Humble
Katy
Cinco Ranch
Sugar Land
Pasadena
Pearland
Baytown
League City
Texas City
Galveston
Sealy
Columbus
Brenham
Bellville
Wharton
El Campo
Bay City
Freeport
Lake Jackson
Palacios
Port Lavaca
Matagorda Bay
Galveston Bay
Trinity Bay
Brazoria National Wildlife Refuge





