UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br>   Plaintiffs,<br>v.<br><br>TRAMMELL S. CROW, JR., et al.,<br>   Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT MILLER'S MOTION TO DISMISS** |

On April 7, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Opposition to Defendant Dr. Melissa Miller's ("Miller") Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) for Lack of Personal Jurisdiction (the "Opposition").

Plaintiffs have made a prima facie showing that Defendant Miller has minimum contacts with California, and purposefully availed herself to the law and protections of California through her alleged participation in the Venture.

The Court, having considered the parties' Opposition, all papers filed and the arguments of counsel, and finding good cause therefore, hereby DENIES Defendant Miller's Motion to Dismiss.

IT IS SO ORDERED.

Dated:_____ _____

FERNANDO L. AENLLE-ROCHA
United States District Judge