John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile:  (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**PLAINTIFFS' APPLICATION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT KURT KNEWITZ**<br>[[Proposed] Order submitted concurrently herewith] |

Plaintiffs Julia Hubbard ("Hubbard") and Kayla Goedinghaus ("Goedinghaus") (or "Plaintiffs") respectfully request for alternative service and an extension of time under Civil Local Rules 5 and 6-1 and Federal Rules ("Rules") of Civil Procedure 5 and 6(b), to serve the Summons and Complaint in this action on Defendant Kurt Knewitz ("Knewitz"). This is Plaintiffs' second motion for an extension, and first seeking alternative service.

### I. BACKGROUND

On November 1, 2022, Hubbard and Goedinghaus filed their Complaint (Dkt. No. 1) against Defendants Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, Dr. Scott Woods, Dr. Mrugeshkumar Shah, Michael Cain, Coe Juracek, Philip Ecob, H.J. Cole, Texas Ranger Cody Mitchell, Kurt Knewitz, Paul Pendergrass, Ralph Rogers, Robert Pruitt, Scott Brunson, Case Grover, Richard Butler, Mark Molina, Michael Hynes, Jr., Shawn Mayer, Jade Mayer, RCI Hospitality Holdings, Inc., Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, Ecoloft Homes LLC, and Elevated Wellness Partners LLC (the "Defendants"), for the violation of Human Trafficking Laws 18 U.S.C §§ 1589, 1591(a) and the violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c). For over three months, Hubbard and Goedinghaus have undertaken diligent efforts to serve all Defendants via personal and electronic service.

Hubbard and Goedinghaus engaged the services of two firms—ABC Legal and Civil Process Direct, LLC—specializing in service of civil process. Between November 11, 2022, and March 26, 2023, Hubbard and Goedinghaus successfully served at least 17 Defendants in this action, and Hubbard and Goedinghaus persist in their efforts to serve all Defendants. However, both Hubbard, Goedinghaus, and the service processors have experienced

continuous difficulties in trying to serve Knewitz via personal service of process.

On November 11, 2022, Hubbard and Goedinghaus, through their attorneys, sent an email with the Summons and Complaint to Knewitz at the email address kurt@buyswd.com, who responded to the email saying to "send it to [him] certified or whatever," and that he would be getting an attorney (email with subsequent discussions attached hereto as Exhibit A). As such, Kurt is on notice of the Summons and Complaint yet has refused to accept service and answer the Complaint. Again, on December 27, 2022, and March 20, 2023, personal service was attempted by a process server, but Knewitz's address at 6009 W. Parker Rd., #149-189, Plano, Texas, 75093 turned out to be a Pack & Mail Shoppe, which Knewitz is not affiliated with. Hubbard and Goedinghaus have not yet found any other address to personally serve Knewitz.

## II. ARGUMENT

The Court should grant Hubbard and Goedinghaus' request for alternative service and extend the time to serve Knewitz because they have shown good cause through their repeated attempts to serve Knewitz. Alternative service is permissible where such service is "reasonably calculated to give actual notice to the party to be served," and email service in particular is permissible where a Plaintiff gives the Court "reason to believe that a defendant's email address is valid." *Sendzul v. Hoag*, No. CV 21-06894-RGK (KS), 2022 WL 2124903, at *2 (C.D. Cal. Apr. 14, 2022) (quoting *Creative Intellects v. Haygood*, No. 221CV02670RGKAFM, 2021 WL 3568237, at *3 (C.D. Cal. July 23, 2021) (allowing service by email where plaintiffs' counsel had "sent numerous emails" to defendant without receiving bounce back and defendant "admitted" on phone call receipt of emails).

Federal Rule of Civil Procedure 6(b) provides that this Court, in its discretion, may enlarge the time for good cause shown. Fed. R. Civ. P. 6(b); *see also* Fed. R. Civ. P. 4(m) (providing that if the plaintiff does show "good cause," then "the court must extend the time for service for an appropriate period"). Diligent attempts to serve defendants establishes good cause.

Here, Hubbard and Goedinghaus engaged two different methods of service in an attempt to serve Knewitz. Service has been attempted at Knewitz's last known address multiple times and an address search has also been unsuccessfully conducted to find Knewitz's most recent address. Hubbard and Goedinghaus have also emailed Knewitz at an email address from which he responded, showing that there can be no doubt that he is on notice of the claims against him. And specifically, Knewitz responded repeatedly to Plaintiffs' counsel in November 2022 from his kurt@buyswd.com email address, acknowledging that the email is a valid way to reach Knewitz. (*See* Ex. A.)

Plaintiffs respectfully request that the Court approve the alternative service and extension of time to serve process on Defendant Kurt Knewitz.

3

Dated: April 10, 2023

By: _____

John G. Balestriere*

Matthew W. Schmidt (Cal. Bar No. 302776)*

BALESTRIERE FARIELLO

225 Broadway, 29th Floor

New York, New York 10007

Telephone:   (415) 966-2656

Facsimile:    (212) 208-2613

john.balestriere@balestrierefariello.com

matthew.schmidt@balestrierefariello.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

Anastasia Mazzella (Cal. Bar. No. 245201)

**KABATECK LLP**

633 West Fifth Street, Suite 3200

Los Angeles, California 90071

Telephone: (213) 217-5007

Facsimile: (213) 217-5010

am@kbklawyers.com

*Attorneys for Plaintiffs*