# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TRAMMELL S CROW, JR., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–07957–FLA–MAA<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   4/14/2023

Document No.:   119

Title of Document:   REPLY Support of Motion to Dismiss the Complaint by Defendant Benjamin Todd Eller

**ERROR(S) WITH DOCUMENT:**

Filer case has incorrect initials for Judge Fernando L. Aenlle–Rocha as "FAR" instead of "FLA". This is the second filing with incorrect initials (first one is docket no. 108).

Other:

Refer to Notice of Reassignment of 12/2/2022, docket no. 23..

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  April 17, 2023     By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS