Name and address:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Bergjans (SBN 302830)
865 South Figueroa Street, 10th Floor
Los Angeles, California, 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JULIA HUBBARD and KAYLA GOEDINGHAUS

Plaintiff(s)

v.

TRAMMELL S. CROW, JR. et al.

Defendant(s).

CASE NUMBER

2:22-cv-7957-FLA-MAA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

DiClemente, Adam J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-849-7000
*Telephone Number*

212-849-7100
*Fax Number*

adamdiclemente@quinnemanuel.com
*E-Mail Address*

of

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Coe Juracek

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel

Bergjans, Alex
*Designee's Name (Last Name, First Name & Middle Initial)*

302830
*Designee's Cal. Bar No.*

213-443-3000
*Telephone Number*

213-443-3100
*Fax Number*

alexbergjans@quinnemanuel.com
*E-Mail Address*

of

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA, 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)      (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 1