Name and address:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Bergjans (SBN 302830)
865 South Figueroa Street, 10th Floor
Los Angeles, California, 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS<br><br>Plaintiff(s)<br>v.<br>TRAMMELL S. CROW, JR. et al.<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-7957-FLA-MAA<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [124] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

DiClemente, Adam J.    of    Quinn Emanuel Urquhart & Sullivan, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    51 Madison Avenue, 22nd Floor
212-849-7000     212-849-7100    New York, NY 10010
*Telephone Number*    *Fax Number*
adamdiclemente@quinnemanuel.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Coe Juracek

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel

Bergjans, Alex    of    Quinn Emanuel Urquhart & Sullivan, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    865 South Figueroa Street, 10th Floor
302830    213-443-3000    213-443-3100    Los Angeles, CA, 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
alexbergjans@quinnemanuel.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated   April 18, 2023

*United States District Judge*

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1